UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:19-cv-00513-D

| | |
|---|---|
| CEM EXPLORATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, UNKNOWN DEFENDANT, <br><br> Defendant. | **ORDER ALLOWING MOTION FOR ORDER ALLOWING EARLY DISCOVERY** |

For good cause shown and pursuant to Fed. R. Civ. P. 26(d)(1), and Local Civil Rules 7.1(c), 7.1(e), and 77.2, IT IS HEREBY ORDERED that Plaintiff may seek early discovery from Instagram Inc., c/o Facebook Inc. by serving the subpoena attached to the motion for early discovery.

Dated: January 23, 2020

_____
Robert T. Numbers, II
United States Magistrate Judge