IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-513-D

CEM EXPLORATIONS, LLC, )
)
                    Plaintiff, )
)
     v. )                   ORDER
)
JOHN DOE, )
)
                    Defendants. )

On November 13, 2019, plaintiff filed a complaint in this court [D.E. 1]. On January 14, 2020, plaintiff moved for discovery [D.E. 4] and for an extension of time to serve process [D.E. 5]. On January 23, 2020, the court granted plaintiff's motion for early discovery [D.E. 7]. On January 25, 2019, the court granted the motion and extended the time to effect service of process to June 10, 2020 [D.E. 8]. On November 19, 2020, the court ordered plaintiff to notify the court of the status of service of process by December 11, 2020. See Fed. R. Crim. P. 4. To date, plaintiff has not responded to this court's order.

Plaintiff has failed to serve the summons and complaint within 120 days of the filing of the complaint and has failed to effect service of process by June 10, 2020. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff's case is dismissed without prejudice. See Fed. R. Civ. P. 4(m).

SO ORDERED. This 17 day of December 2020.

                                                      JAMES C. DEVER III
                                                      United States District Judge